IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David Stein and Marian S. Stein aka Marion Stein aka Marian Sue Stein,<br>Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 15-03155/RNO |

### NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of _6_ months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through September 1, 2020. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period.

Per the request, Debtor will resume Mortgage payments beginning October 1, 2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

Dated: April 6, 2020

BY: /s/ Kristen D. Little
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #79992
mjclark@logs.com
pabk@logs.com

S&D File #:15-050849

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David Stein and Marian S. Stein aka Marion Stein aka Marian Sue Stein,<br>　　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-03155/RNO |

## CERTIFICATE OF SERVICE

　　I, Leslie Thomas, an employee of the law firm of Shapiro & DeNardo, LLC hereby certify that I caused to be served true and correct copies of Notice of Forbernace by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on April 6, 2020:

David Stein
511 Woodhaven Lane
Stroudsburg, PA 18360

Marian S. Stein aka Marion Stein aka Marian Sue Stein
511 Woodhaven Lane
Stroudsburg, PA 18360

Fisher Christman
530 Main Street
Stroudsburg, PA 18360
Sent via electronic notification zac@fisherchristman.com

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Sent via electronic notification dehartstaff@pamd13trustee.com

　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

　　　　　　　　　　　　　　　　　　　　　　/s/ Leslie Thomas
　　　　　　　　　　　　　　　　　　　　　Leslie Thomas
　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
S&D File #:15-050849　　　　　　　　　　　(610) 278-6800