Check No. 2000934

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-03155-RNO | 999-0 | DAVID STEIN<br>Original Check written to:<br>DAVID STEIN and MARIAN S. STEIN<br>1636 CEDAR CREST BLVD SUITE 506<br>ALLENTON, PA 18104- | | 0.00 | 383.53 | 0.00 | 383.53 |
| 18-03562-HWV | 001-0 | VIJAYPAL SINGH<br>Original Check written to:<br>RAPID CAPITAL FUNDING, LLC<br>11900 BISCAYNE BLVD #201<br>MIAMI, FL 33181- | 3797 | 21,102.70 | 174.87 | 0.00 | 174.87 |