In re:  
David Stein  
Marian S. Stein  
    Debtors

Case No. 15-03155-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jul 27, 2021     Form ID: fnldecnd     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Stein, 511 Woodhaven Lane, Stroudsburg, PA 18360-7554 |
| jdb | | Marian S. Stein, 511 Woodhaven Lane, Stroudsburg, PA 18360-7554 |
| cr | + | Ahemd Ahmed, 2414 Clearview Ave., Stroudsburg, PA 18360-9790 |
| codb | | JMC Restaurant Group, Inc., Fountain Springs West Route 611, Tannersville, PA 18372 |
| 4674489 | + | AHMED AHMED, 2414 CLEARVIEW AVENUE, STROUDSBURG, PA 18360-9790 |
| 4674490 | + | ANDERS RIEGEL & MASSINGTON LLC, 8 NORTH EIGHTH STREET, STROUDSBURG, PA 18360-1718 |
| 4674496 | | FMC-OMAHA SERVICE CTR, PO BOX 542000, OMAHA, NE 68154-8000 |
| 4678865 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit Mi, 48255-0953 |
| 4789838 | + | Gregg Artzt, P.O. Box 8, Tannersville, PA 18372-0008 |
| 4789839 | + | Gregg Artzt, P.O. Box 8, Tannersville, PA 18372, Gregg Artzt, P.O. Box 8 Tannersville, PA 18372-0008 |
| 4674497 | + | JMC POCONO PIZZA COMPANY INC, PO BOX 1245, EAST STROUDSBURG, PA 18301-4545 |
| 4674498 | + | JMC RESTAURANT GROUP INC, PO BOX 352, TANNERSVILLE, PA 18372-0352 |
| 4674499 | #+ | KIMCO DELAWARE INC, 1954 GREENSPRING DR STE 330, TIMONIUM, MD 21093-4136 |
| 4674501 | | MATTHEW RUBERTO, 911 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 |
| 4674504 | + | NATIONSTAR MORTGAGE, PO BOX 619094, DALLAS, TX 75261-9094 |
| 4674503 | | NATIONSTAR MORTGAGE, PO BOX 199111, DALLAS, TX 75219-9111 |
| 4715072 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 4674505 | + | PARKE BANK, 601 DELSEA DRIVE, SEWELL, NJ 08080-2833 |
| 4674506 | + | PARKE BANK, C/O PHILLIP D BERGER ESQ, 11 ELLIOTT AVE STE 100, BRYN MAWR, PA 19010-3407 |
| 4674507 | | PARKE BANK, C/O ROSNER NOCERA & RAGONE, 61 BROADWAY SUITE 1900, NEW YORK, NY 10006-2706 |
| 4674508 | + | PRIMO'S PIZZA & PASTA, 2414 CLEARVIEW AVENUE, STROUDSBURG, PA 18360-9790 |
| 4679112 | + | Parke Bank, 601 Delasea Drive, Sewell, NJ 08080-2833 |
| 4674488 | + | VINCENT RUBINO, ESQ., NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO, 712 MONROE STREET, STROUDSBURG, PA 18360-2131 |
| 4674511 | | VOLVO CAR FINANCIAL LEASE, PO BOX 91300, MOBILE, AL 36691-1300 |
| 4713195 | + | Wayne Bank, John J. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |
| 4711527 | | eCAST Settlement Corporation assignee of Citibank, NA, POB 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 18:48:58 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4674492 | | Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 18:42:00 | CHASE AUTO, PO BOX 901003, FT. WORTH, TX 76101-2003 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4674493 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 18:48:56 | CITI CARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4674495 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 18:42:00 | COMENITY BANK/VICTORIAS SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4701791 | | Email/Text: bk.notifications@jpmchase.com | Jul 27 2021 18:42:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 4674500 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2021 18:42:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4719792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 18:48:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4693083 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 18:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4674509 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 18:48:56 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 4685409 | + | Email/Text: BKRMailOps@weltman.com | Jul 27 2021 18:42:00 | VCFS Lien Company, LLC, c/o Weltman, Weinberg & Reis Co., LPA, 323 W. Lakeside Ave., Suite 200, Cleveland, Ohio 44113-1009 |
| 4674510 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 27 2021 18:42:00 | VERIZON WIRELESS, BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DR STE 550, WELDON SPRING, MO 63304-2225 |
| 4944169 | + | Email/Text: BKRMailOps@weltman.com | Jul 27 2021 18:42:00 | Volvo Car Financial Services US, LLC, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| cr | *+ | Parke Bank, 601 Delsea Drive, Sewell, NJ 08080-2833 |
| 4674494 | * | CITI CARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4674486 | * | DAVID STEIN, 511 WOODHAVEN LANE, STROUDSBURG, PA 18360-7554 |
| 4674487 | * | MARIAN S. STEIN, 511 WOODHAVEN LANE, STROUDSBURG, PA 18360-7554 |
| 4674502 | * | MATTHEW RUBERTO, 911 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 |
| 4725975 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741 |
| 4674491 | ##+ | BRUCE STEIN, 314 EVERGREEN DRIVE, STROUDSBURG, PA 18360-6836 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Co-Debtor JMC Restaurant Group Inc. BrianEManning@comcast.net, G17590@notify.cincompass.com |
| Eric James Filer | on behalf of Creditor Ahemd Ahmed efiler@uslawcenter.com ecf@uslawcenter.com |
| Howard Gershman | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| J. Zac Christman | on behalf of Debtor 1 David Stein zac@fisherchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 2 Marian S. Stein zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor VCFS Lien Company LLC jvalecko@weltman.com PitEcf@weltman.com |
| Keri P Ebeck | on behalf of Creditor VCFS Lien Company LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| LeeAne O Huggins | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com |
| Phillip D Berger | on behalf of Creditor Parke Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com,trudgeon@bergerlawpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Stein,  Chapter 13

**Debtor 1**

Case No.  5:15−bk−03155−HWV

Marian S. Stein,
aka Marian Stein, aka Marian Sue Stein,

**Debtor 2**

Social Security No.:
xxx−xx−2000      xxx−xx−4873

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **David Stein and Marian S. Stein** in accordance with §1328 of the Bankruptcy Code.

Dated: July 27, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)