United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 15-03155-MJC
David Stein  Chapter 13
Marian S. Stein
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Apr 25, 2022     Form ID: pdf010     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Stein, 511 Woodhaven Lane, Stroudsburg, PA 18360-7554 |
| jdb | | Marian S. Stein, 511 Woodhaven Lane, Stroudsburg, PA 18360-7554 |
| cr | + | Ahemd Ahmed, 2414 Clearview Ave., Stroudsburg, PA 18360-9790 |
| codb | | JMC Restaurant Group, Inc., Fountain Springs West Route 611, Tannersville, PA 18372 |
| 4674489 | + | AHMED AHMED, 2414 CLEARVIEW AVENUE, STROUDSBURG, PA 18360-9790 |
| 4674490 | + | ANDERS RIEGEL & MASSINGTON LLC, 8 NORTH EIGHTH STREET, STROUDSBURG, PA 18360-1718 |
| 4674491 | + | BRUCE STEIN, 314 EVERGREEN DRIVE, STROUDSBURG, PA 18360-6836 |
| 4674496 | | FMC-OMAHA SERVICE CTR, PO BOX 542000, OMAHA, NE 68154-8000 |
| 4789838 | + | Gregg Artzt, P.O. Box 8, Tannersville, PA 18372-0008 |
| 4789839 | + | Gregg Artzt, P.O. Box 8, Tannersville, PA 18372, Gregg Artzt, P.O. Box 8 Tannersville, PA 18372-0008 |
| 4674497 | + | JMC POCONO PIZZA COMPANY INC, PO BOX 1245, EAST STROUDSBURG, PA 18301-4545 |
| 4674498 | + | JMC RESTAURANT GROUP INC, PO BOX 352, TANNERSVILLE, PA 18372-0352 |
| 4674499 | #++++ | KIMCO DELAWARE INC, 1954 GREENSPRING DR STE 305, TIMONIUM MD 21093-4129 address filed with court:, KIMCO DELAWARE INC, 1954 GREENSPRING DR STE 330, TIMONIUM, MD 21903 |
| 4674501 | | MATTHEW RUBERTO, 911 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 |
| 4674503 | | NATIONSTAR MORTGAGE, PO BOX 199111, DALLAS, TX 75219-9111 |
| 4674505 | + | PARKE BANK, 601 DELSEA DRIVE, SEWELL, NJ 08080-2833 |
| 4674506 | + | PARKE BANK, C/O PHILLIP D BERGER ESQ, 11 ELLIOTT AVE STE 100, BRYN MAWR, PA 19010-3407 |
| 4674507 | | PARKE BANK, C/O ROSNER NOCERA & RAGONE, 61 BROADWAY SUITE 1900, NEW YORK, NY 10006-2706 |
| 4674508 | + | PRIMO'S PIZZA & PASTA, 2414 CLEARVIEW AVENUE, STROUDSBURG, PA 18360-9790 |
| 4679112 | + | Parke Bank, 601 Delasea Drive, Sewell, NJ 08080-2833 |
| 4674488 | + | VINCENT RUBINO, ESQ., NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO, 712 MONROE STREET, STROUDSBURG, PA 18360-2131 |
| 4674511 | | VOLVO CAR FINANCIAL LEASE, PO BOX 91300, MOBILE, AL 36691-1300 |
| 4713195 | + | Wayne Bank, John J. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2022 18:53:10 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4674493 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 18:53:04 | CITI CARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4674495 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 25 2022 18:42:00 | COMENITY BANK/VICTORIAS SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4678865 | | Email/Text: EBNBKNOT@ford.com | Apr 25 2022 18:42:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit Mi, 48255-0953 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4674492 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 18:52:50 | CHASE AUTO, PO BOX 901003, FT. WORTH, TX 76101-2003 |
| 4701791 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2022 18:52:59 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 4674500 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 25 2022 18:41:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4674504 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 25 2022 18:42:00 | NATIONSTAR MORTGAGE, PO BOX 619094, DALLAS, TX 75261-9094 |
| 4715072 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 25 2022 18:42:00 | Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 4725975 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 25 2022 18:42:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741 |
| 4719792 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2022 18:52:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4693083 | | Email/Text: bnc-quantum@quantum3group.com | Apr 25 2022 18:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4674509 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2022 18:52:55 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 4685409 | + | Email/Text: BKRMailOps@weltman.com | Apr 25 2022 18:42:00 | VCFS Lien Company, LLC, c/o Weltman, Weinberg & Reis Co., LPA, 323 W. Lakeside Ave., Suite 200, Cleveland, Ohio 44113-1009 |
| 4674510 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 25 2022 18:41:00 | VERIZON WIRELESS, BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DR STE 550, WELDON SPRING, MO 63304-2225 |
| 4944169 | + | Email/Text: BKRMailOps@weltman.com | Apr 25 2022 18:42:00 | Volvo Car Financial Services US, LLC, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland, OH 44113-1009 |
| 4711527 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2022 12:36:24 | eCAST Settlement Corporation assignee of Citibank, NA, POB 29262, New York NY 10087-9262 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| cr | *+ | Parke Bank, 601 Delsea Drive, Sewell, NJ 08080-2833 |
| 4674494 | * | CITI CARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4674486 | * | DAVID STEIN, 511 WOODHAVEN LANE, STROUDSBURG, PA 18360-7554 |
| 4674487 | * | MARIAN S. STEIN, 511 WOODHAVEN LANE, STROUDSBURG, PA 18360-7554 |
| 4674502 | * | MATTHEW RUBERTO, 911 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2022　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

**Name**　　**Email Address**

Brian E Manning
　on behalf of Co-Debtor JMC Restaurant Group Inc. BrianEManning@comcast.net, G17590@notify.cincompass.com

Eric James Filer
　on behalf of Creditor Ahemd Ahmed efiler@uslawcenter.com ecf@uslawcenter.com

Howard Gershman
　on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

J. Zac Christman
　on behalf of Debtor 1 David Stein zac@fisherchristman.com office@fisherchristman.com

J. Zac Christman
　on behalf of Debtor 2 Marian S. Stein zac@fisherchristman.com office@fisherchristman.com

Jack N Zaharopoulos (Trustee)
　TWecf@pamd13trustee.com

James Warmbrodt
　on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com

James Peter Valecko
　on behalf of Creditor VCFS Lien Company LLC pitecf@weltman.com PitEcf@weltman.com

Keri P Ebeck
　on behalf of Creditor VCFS Lien Company LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Kevin S Frankel
　on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

Kristen D Little
　on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com cistewart@logs.com

LeeAne O Huggins
　on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com

Phillip D Berger
　on behalf of Creditor Parke Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com,trudgeon@bergerlawpc.com

Robert J Kidwell, III
　on behalf of Debtor 2 Marian S. Stein rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Robert J Kidwell, III
　on behalf of Debtor 1 David Stein rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| David Stein | : | Case No. 5:15-bk-3155-MJC |
| Marian S. Stein | : | |
| *aka* Marian Stein | : | |
| *aka* Marian Sue Stein | : | |
| Debtors. | : | |

**ORDER**

AND NOW, in consideration of Debtors' Motion to Reopen Bankruptcy Case, it is hereby ORDERED that the within case is opened.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 25, 2022