Certificate Number: 12433-PAM-DE-036506132

Bankruptcy Case Number: 15-03155


12433-PAM-DE-036506132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 27, 2022</u>, at <u>3:21</u> o'clock <u>PM EDT</u>, <u>Marian Stein</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>April 27, 2022</u>              By:  <u>/s/Lisa Susoev</u>

                                         Name:  <u>Lisa Susoev</u>

                                         Title:  <u>Teacher</u>