IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID STEIN, and | : | |
| MARIAN S. STEIN, | : | CASE NO. 5:15-bk-03155 |
| a/k/a MARIAN STEIN, | : | |
| a/k/a MARIAN SUE STEIN, | : | |
|     Debtors | : | |

## CERTIFICATE OF NO OBJECTION

AND NOW comes Debtors, by and through their attorneys NEWMAN WILLIAMS, P.C., and hereby certify the following:

1. On May 12, 2022, the undersigned filed a Notice of Motion for Discharge served on the parties identified in the Mailing Matrix.

2. According to the Notice, objections were due on or before May 26, 2022.

3. As of May 31, 2022, no Objections to the Motion for Discharge have been filed with your Honorable Court.

**WHEREFORE,** the Movant respectfully requests an Order granting the Motion for Discharge.

Dated: May 31, 2022

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
Attorney for Debtors
Attorney ID No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com