IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID STEIN, and | : | |
| MARIAN S. STEIN, | : | CASE NO. 5:15-bk-03155 |
| a/k/a MARIAN STEIN, | : | |
| a/k/a MARIAN SUE STEIN, | : | |
| Debtors | : | |

## REQUEST FOR CERTIFIED DOCUMENT

To The Clerk of Courts:

Please send me a certified copy of Docket Number 120, Discharge Order. Thank you.

NEWMAN, WILLIAMS, P.C.

By: <u>ROBERT J. KIDWELL, ESQUIRE</u>
Attorney I.D. No. 206555
Attorney for Debtors
712 Monroe St., PO Box 511
Stroudsburg, PA 18360-0511
(570) 421-9090; Fax (570) 424-9739
rkidwell@newmanwilliams.com