United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Stein  
Marian S. Stein  
    Debtors

Case No. 15-03155-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 01, 2022      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Stein, 511 Woodhaven Lane, Stroudsburg, PA 18360-7554 |
| jdb | | Marian S. Stein, 511 Woodhaven Lane, Stroudsburg, PA 18360-7554 |
| cr | + | Ahemd Ahmed, 2414 Clearview Ave., Stroudsburg, PA 18360-9790 |
| codb | | JMC Restaurant Group, Inc., Fountain Springs West Route 611, Tannersville, PA 18372 |
| 4674489 | + | AHMED AHMED, 2414 CLEARVIEW AVENUE, STROUDSBURG, PA 18360-9790 |
| 4674490 | + | ANDERS RIEGEL & MASSINGTON LLC, 8 NORTH EIGHTH STREET, STROUDSBURG, PA 18360-1718 |
| 4674491 | + | BRUCE STEIN, 314 EVERGREEN DRIVE, STROUDSBURG, PA 18360-6836 |
| 4674496 | | FMC-OMAHA SERVICE CTR, PO BOX 542000, OMAHA, NE 68154-8000 |
| 4789838 | + | Gregg Artzt, P.O. Box 8, Tannersville, PA 18372-0008 |
| 4789839 | + | Gregg Artzt, P.O. Box 8, Tannersville, PA 18372, Gregg Artzt, P.O. Box 8 Tannersville, PA 18372-0008 |
| 4674497 | + | JMC POCONO PIZZA COMPANY INC, PO BOX 1245, EAST STROUDSBURG, PA 18301-4545 |
| 4674498 | + | JMC RESTAURANT GROUP INC, PO BOX 352, TANNERSVILLE, PA 18372-0352 |
| 4674501 | | MATTHEW RUBERTO, 911 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 |
| 4674503 | | NATIONSTAR MORTGAGE, PO BOX 199111, DALLAS, TX 75219-9111 |
| 4674505 | + | PARKE BANK, 601 DELSEA DRIVE, SEWELL, NJ 08080-2833 |
| 4674506 | + | PARKE BANK, C/O PHILLIP D BERGER ESQ, 11 ELLIOTT AVE STE 100, BRYN MAWR, PA 19010-3407 |
| 4674507 | | PARKE BANK, C/O ROSNER NOCERA & RAGONE, 61 BROADWAY SUITE 1900, NEW YORK, NY 10006-2706 |
| 4674508 | + | PRIMO'S PIZZA & PASTA, 2414 CLEARVIEW AVENUE, STROUDSBURG, PA 18360-9790 |
| 4679112 | + | Parke Bank, 601 Delasea Drive, Sewell, NJ 08080-2833 |
| 4674488 | + | VINCENT RUBINO, ESQ., NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO, 712 MONROE STREET, STROUDSBURG, PA 18360-2131 |
| 4674511 | | VOLVO CAR FINANCIAL LEASE, PO BOX 91300, MOBILE, AL 36691-1300 |
| 4713195 | + | Wayne Bank, John J. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 01 2022 22:48:00 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4674493 | + | EDI: CITICORP.COM | Jun 01 2022 22:48:00 | CITI CARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4674495 | | EDI: WFNNB.COM | Jun 01 2022 22:48:00 | COMENITY BANK/VICTORIAS SECRET, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4678865 | | Email/Text: EBNBKNOT@ford.com | Jun 01 2022 18:47:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit Mi, 48255-0953 |
| 4674492 | | EDI: JPMORGANCHASE | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 4701791 | | EDI: JPMORGANCHASE | Jun 01 2022 22:48:00 | CHASE AUTO, PO BOX 901003, FT. WORTH, TX 76101-2003 |
| | | | Jun 01 2022 22:48:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 4674500 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2022 18:47:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4674504 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2022 18:47:00 | NATIONSTAR MORTGAGE, PO BOX 619094, DALLAS, TX 75261-9094 |
| 4715072 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2022 18:47:00 | Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 4725975 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 01 2022 18:47:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741 |
| 4719792 | | EDI: PRA.COM | Jun 01 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4693083 | | EDI: Q3G.COM | Jun 01 2022 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4674509 | + | EDI: CITICORP.COM | Jun 01 2022 22:48:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 4685409 | + | Email/Text: BKRMailOps@weltman.com | Jun 01 2022 18:47:00 | VCFS Lien Company, LLC, c/o Weltman, Weinberg & Reis Co., LPA, 323 W. Lakeside Ave., Suite 200, Cleveland, Ohio 44113-1009 |
| 4674510 | + | EDI: VERIZONCOMB.COM | Jun 01 2022 22:48:00 | VERIZON WIRELESS, BANKRUPTCY ADMINISTRATION, 500 TECHNOLOGY DR STE 550, WELDON SPRING, MO 63304-2225 |
| 4944169 | + | Email/Text: BKRMailOps@weltman.com | Jun 01 2022 18:47:00 | Volvo Car Financial Services US, LLC, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland, OH 44113-1009 |
| 4711527 | | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 18:49:38 | eCAST Settlement Corporation assignee of Citibank, NA, POB 29262, New York NY 10087-9262 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| cr | *+ | Parke Bank, 601 Delsea Drive, Sewell, NJ 08080-2833 |
| 4674494 | * | CITI CARDS, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4674486 | * | DAVID STEIN, 511 WOODHAVEN LANE, STROUDSBURG, PA 18360-7554 |
| 4674487 | * | MARIAN S. STEIN, 511 WOODHAVEN LANE, STROUDSBURG, PA 18360-7554 |
| 4674502 | * | MATTHEW RUBERTO, 911 AMSTERDAM AVENUE, STATEN ISLAND, NY 10314 |
| 4674499 | ##++++ | KIMCO DELAWARE INC, 1954 GREENSPRING DR STE 305, TIMONIUM MD 21093-4129, address filed with court:, KIMCO DELAWARE INC, 1954 GREENSPRING DR STE 330, TIMONIUM, MD 21903 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Co-Debtor JMC Restaurant Group Inc. BrianEManning@comcast.net, G17590@notify.cincompass.com |
| Eric James Filer | on behalf of Creditor Ahemd Ahmed efiler@uslawcenter.com ecf@uslawcenter.com |
| Howard Gershman | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| J. Zac Christman | on behalf of Debtor 1 David Stein zac@fisherchristman.com office@fisherchristman.com |
| J. Zac Christman | on behalf of Debtor 2 Marian S. Stein zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor VCFS Lien Company LLC pitecf@weltman.com PitEcf@weltman.com |
| Keri P Ebeck | on behalf of Creditor VCFS Lien Company LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| LeeAne O Huggins | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com |
| Phillip D Berger | on behalf of Creditor Parke Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com,trudgeon@bergerlawpc.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Marian S. Stein rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 1 David Stein rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Marian S. Stein lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 17

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Stein | Social Security number or ITIN xxx–xx–2000 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Marian S. Stein | Social Security number or ITIN xxx–xx–4873 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–03155–MJC | |

# Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Stein

Marian S. Stein
aka Marian Stein, aka Marian Sue Stein

**By the court:**

6/1/22

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**